IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JACQUELINE GOLDBERG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | |
| 401 NORTH WABASH VENTURE LLC, a | ) | |
| Delaware Limited Liability Company; TRUMP | ) | |
| CHICAGO MANAGING MEMBER, LLC, a | ) | |
| Delaware Limited Liability Company; and | ) | |
| DEUTSCHE BANK TRUST COMPANY | ) | |
| AMERICAS, a New York Banking Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF REMOVAL

TO: THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

PLEASE TAKE NOTICE that Defendants 401 North Wabash Venture LLC, Trump Chicago Managing Member, LLC (the "Trump Defendants") and Deutsche Bank Trust Company Americas ("Deutsche Bank"), being all of the defendants named herein, hereby invoke the jurisdiction of the United States District Court for the Northern District of Illinois, pursuant to 28 U.S.C. §§ 1332(a)(1) and 1446, on the following grounds:

**The State Court Action**

1. On September 10, 2009, Plaintiff filed this action in the Circuit Court of Cook County, Illinois, County Department, Chancery Division (the "State Court Action").

2. The Trump Defendants received a copy of the Complaint via First Class U.S. mail on September 14, 2009. Deutsche Bank received a copy of the Complaint via First Class U.S. mail on October 5, 2009.

3. Attached as Exhibit A are copies of the Complaint and Summons that Plaintiff filed in the State Court Action and mailed to Defendants.

**Grounds For Removal**

4. Plaintiff is a citizen of the State of Illinois. (Compl. at ¶ 2.)

5. Defendant 401 North Wabash Venture LLC is a limited liability company, and its sole member is 401 Mezz Venture LLC ("Mezz"). Mezz is a limited liability company with its members comprised of three limited liability companies: Trump Chicago Managing Member LLC; Trump Chicago Member LLC; and TIHT Chicago Member Acquisition LLC. The sole member of each of these three limited liability companies is Donald Trump, a citizen of the State of New York.

6. For diversity purposes, the citizenship of a limited liability company is the citizenship of its members. See Cosgrove v. Bartolotta, 150 F.3d 729, 731 (7th Cir. 1998). Further, citizenship must be "traced through multiple levels" for those members of the LLC. Mut. Assignment & Indem. Co. v. Lind-Waldock & Co., LLC, 364 F.3d 858, 861 (7th Cir. 2004). In other words, if a member of an LLC party is, itself, an LLC (the "Member LLC"), the court must look to the citizenship of the member of the Member LLC, and so on.

7. Accordingly, each of the Trump Defendants is a citizen of the State of New York.

8. Deutsche Bank is a New York State Banking Corporation. It is incorporated and maintains its principal place of business in New York.

9. A corporation is a citizen of the state in which it was incorporated and in which it has its principal place of business. 28 U.S.C. § 1332(c)(1).

10. In the Complaint, Plaintiff seeks an amount that exceeds $75,000, exclusive of costs and interest.

11. Pursuant to 28 U.S.C. § 1332(a)(1), this Court has subject-matter jurisdiction over this matter because the action is between citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs.

**Future Proceedings**

12. Pursuant to 28 U.S.C. § 1446(d), Defendants will promptly: (a) serve a copy of this Notice of Removal upon Plaintiff; and (b) provide written notice hereof to the Clerk of the Circuit Court of Cook County, Illinois, County Department, Chancery Division.

WHEREFORE, Defendants respectfully notify the Court of the removal of the above-captioned State Court Action to this court.

Respectfully submitted,

401 NORTH WABASH VENTURE LLC and
TRUMP CHICAGO MANAGING MEMBER LLC

By: _____
Stephen Novack - *snovack@novackmacey.com*
John F. Shonkwiler - *jshonkwiler@novackmacey.com*
NOVACK AND MACEY LLP
100 North Riverside Plaza
Chicago, Illinois 60606
(312) 419-6900

DEUTSCHE BANK TRUST COMPANY AMERICAS

By: _____
Michael H. King - *mking@dl.com*
DEWEY & LEBOEUF
Two Prudential Plaza, Suite 3700
180 North Stetson Avenue
Chicago, Illinois 60601
(312) 794-8000

3

## CERTIFICATE OF SERVICE

I, John F. Shonkwiler, at attorney, hereby certify that I served a copy of Defendant's Notice of Removal, by causing a copy to be delivered by messenger to:

>Shelly B. Kulwin
>KULWIN, MASCIOPINTO & KULWIN, L.L.P
>161 North Clark Street
>Suite 2500
>Chicago, IL 60601

on this 14th day of October, 2009.

_____
John F. Shonkwiler