**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JACQUELINE GOLDBERG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 09 C 6455 |
| | ) | |
| 401 NORTH WABASH VENTURE LLC, a | ) | Judge Amy J. St. Eve |
| Delaware Limited Liability Company; TRUMP | ) | |
| CHICAGO MANAGING MEMBER, LLC, a | ) | |
| Delaware Limited Liability Company; and | ) | |
| DEUTSCHE BANK TRUST COMPANY | ) | |
| AMERICAS, a New York Banking Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT REPORT

Pursuant this Court's Standing Order on Challenges to the Admissibility of Expert Testimony under Rule 702 and *Daubert*, the parties through their undersigned counsel respectfully submit their Joint Report regarding the January 9, 2013 *Daubert* hearing set in this matter, as follows.

**1.      The Anticipated Testimony**

Plaintiff intends to call her expert witness Robert Levin and does not anticipate calling any other witnesses.

Defendants intend to call Plaintiff's expert witness Robert Levin and do not anticipate calling any other witnesses.

**2.      Stipulations**

The parties discussed but do not anticipate reaching any stipulations.

3.    <u>**Exhibit Lists**</u>

The parties intend to use some or all of the following exhibits at the *Daubert* hearing. Separate appendices of Plaintiff's Exhibits and Defendants' Exhibits are being provided to the Court as courtesy copies herewith.

<u>**Plaintiff's Exhibit List**</u>

| <u>*Ex. No.*</u> | <u>*Description*</u> |
|---|---|
| | **VOLUME I** |
| A | Resume of Robert Levin |
| B | R. Levin Aug. 9, 2012 Letter |
| C | FSR Webpage Screen Shot |
| D | R. Levin Documents Reviewed Log |
| E | R. Levin Expert Report |
| | **VOLUME II** |

| <u>*Ex. No.*</u> | <u>*Description*</u> |
|---|---|
| 1 | Andrew Weiss Deposition Excerpts |
| 2 | Charles Reiss Deposition Excerpts |
| 3 | Jill Cremer Deposition Excerpts |
| 4 | Ross Flicker Deposition Excerpts |
| 5 | Adora Manolo Deposition Excerpts |
| 6 | Sara Martens Deposition Excerpts |
| 7 | Donald Trump Deposition |
| 8 | Jim Petrus Deposition Excerpts |
| 9 | Colm O'Callaghan Deposition Excerpts |

| | |
|---|---|
| 10 | Trump Tower Hotel Revenue Projections |

**VOLUME III**

| _Ex. No._ | _Description_ |
|---|---|
| 11 | Robert Shearer Deposition Excerpts |
| 12 | Tere Proctor Deposition Excerpts |
| 13A | HCU Purchase Agreement - Unit 2238 |
| 13B | HCU Purchase Agreement - Unit 2240 |
| 14 | September 15, 2003 Property Report |
| 15 | September 24, 2003 Property Report |

**VOLUME IV**

| _Ex. No._ | _Description_ |
|---|---|
| 16 | February 25, 2004 Property Report |
| 17 | March 17, 2004 Property Report |
| 18 | August 18, 2004 Property Report |
| 19 | January 10, 2005 Property Report |
| 20 | June 1, 2005 TT Chicago Marketing Materials Produced by Defendants |

**VOLUME V**

| _Ex. No._ | _Description_ |
|---|---|
| 21 | Marketing Materials attached to Complaint |
| 22 | Trump Organization Marketing Materials |
| 23 | Jacqueline Goldberg I Deposition Excerpts |
| 24 | Terry Vogue Deposition Excerpts |
| 25 | Jacqueline Goldberg II Deposition Excerpts |

| 26 | October 25, 2007 Property Report |
| 27 | October 1, 2007 Property Report |

## VOLUME VI

| _Ex. No._ | _Description_ |
|---|---|
| 28 | HCU Rental Agreement |
| 29 | HCU Rental Agreement Highlights |
| 30 | October 20, 2007 Email |
| 31 | October 15, 2007 Email |
| 32 | Defendants' Objections and Responses to Plaintiff's Second Set of Interrogatories |
| 33 | Defendants' Supplemental Responses to Plaintiff's Second Set of Interrogatories |
| 34 | October 25, 2004 Email |
| 35 | Trump Tower Chicago HCU Owner/ Rental Program List |
| 36 | Robert Levin Declaration and Report |
| 37 | First Amendment to the Hotel Condominium Rental Management Agreement |
| 38 | Donald J. Trump Sr.'s Responses to Plaintiff's Interrogatories |

## Defendants' Exhibit List

### VOLUME I

| Ex. No. | Description |
|---------|-------------|
| 1 | Declaration of Andrew Weiss |
| 2 | Jacqueline Goldberg July 21, 2011 Deposition Transcript |
| 3 | Jacqueline Goldberg October 25, 2011 Deposition Transcript |
| 4 | Purchase Agreement (Unit 2238) |
| 5 | Purchase Agreement (Unit 2240) |
| 6 | Declaration of Sara Martens |
| 7 | Property Report for 401 North Wabash Avenue Hotel Condominium |
| 8 | First Amendment to Property Report for 401 North Wabash Avenue Hotel Condominium |
| 9 | Second Amendment to Property Report for 401 North Wabash Avenue Hotel Condominium |

### VOLUME II

| Ex. No. | Description |
|---------|-------------|
| 10 | Third Amendment to Property Report for 401 North Wabash Avenue Hotel Condominium |
| 11 | Declaration of Charles Reiss |
| 12 | Declaration of Jill Cremer |
| 13 | Declaration of Russell Flicker |
| 14 | Property Report for 401 North Wabash Avenue Hotel Condominium (HUD Version) |
| 15 | Fourth Amendment to Property Report for 401 North Wabash Avenue Hotel Condominium |
| 16 | Declaration of Jim Petrus |

| | |
|---|---|
| 17 | Hotel Condominium Rental Management Agreement - Unit 2238 |
| 18 | Hotel Condominium Rental Management Agreement - Unit 2240 |
| 19 | Brochure - Trump International Hotel & Tower |
| 20 | Declaration of Alan Garten |
| 21 | June 2, 2009 Email from Shelly Kulwin to Alan Garten |
| 22 | May 4, 2009 Closing Notices |
| 23 | November 12, 2009 Default Notices |
| 24 | January 4, 2010 Termination Notice |
| 25 | Transcript (excerpt) of August 18, 2011 Russell Flicker Deposition |
| 26 | Transcript (excerpt) of August 13, 2011 Jim Petrus Deposition |
| 27 | Transcript (excerpt) of October 25, 2011 Terry Vogue Deposition |

Jointly submitted by:

JACQUELINE GOLDBERG

By:  /s/ Jeffrey R. Kulwin

Shelly B. Kulwin – skulwin@kmklawllp.com
Jeffrey R. Kulwin – jkulwin@kmklawllp.com
KULWIN, MASCIOPINTO & KULWIN, L.L.P.
161 North Clark Street, Suite 2500
Chicago, IL 60601
312-641-0300

401 NORTH WABASH VENTURE LLC and
TRUMP CHICAGO MANAGING MEMBER LLC

By: /s/ John F. Shonkwiler

Stephen Novack - *snovack@novackmacey.com*
John F. Shonkwiler - *jshonkwiler@novackmacey.com*
NOVACK AND MACEY LLP
100 North Riverside Plaza

Chicago, Illinois 60606
(312) 419-6900