# United States District Court
## Northern District of Illinois
### Eastern Division

Jacqueline Goldberg                   **JUDGMENT IN A CIVIL CASE**

     v.                               Case Number: 09 C 6455

401 N. Wabash Venture LLC and
Trump Chicago Managing Member,
LLC

- ■    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

- ■    Decision by Court. This action came to trial before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Defendants, 401 N. Wabash Venture LLC and Trump Chicago Managing Member, LLC, and against Plaintiff, Jacqueline Goldberg.
On October 16, 2012, the Court granted summary judgment in favor of Defendants on Count IV of Plaintiffs' Amended Complaint. The Court granted Defendants' motions to strike Ms. Goldberg's jury demand as to Count I and Count V. The Court, therefore, presided over a jury trial on Counts II and III from May 13, 2013 through May 22, 2013. On May 23, 2013, the jury returned a verdict in favor of Defendants on both Count II and Count III of Plaintiffs' Amended Complaint. The Court finds in favor of Defendants on Counts I and V of Plaintiffs' Amended Complaint.

                                                 Thomas G. Bruton, Clerk of Court

Date: 5/31/2013                          _____
                                       /s/ Katie Franc, Deputy Clerk