1

 1                      IN THE UNITED STATES DISTRICT COURT
                           NORTHERN DISTRICT OF ILLINOIS
 2                               EASTERN DIVISION

 3
      JACQUELINE GOLDBERG,                )  Docket No. 09 C 6455
 4                                        )
                            Plaintiff,    )
 5                                        )
                 vs.                      )
 6                                        )
      401 NORTH WABASH VENTURE, LLC,      )
 7    a Delaware Limited Liability        )
      Company, et al.,                    )  Chicago, Illinois
 8                                        )  March 26, 2013
                            Defendants.)     8:30 o'clock a.m.
 9

10            TRANSCRIPT OF PROCEEDINGS - STATUS & MOTIONS
                   BEFORE THE HONORABLE AMY J. ST. EVE
11

12    APPEARANCES:

13
      For the Plaintiff:          KULWIN, MASCIOPINTO & KULWIN, LLP
14                                BY:  MR. SHELLY B. KULWIN
                                     MR. JEFFREY R. KULWIN
15                                161 North Clark Street, Suite 2500
                                  Chicago, Illinois  60601
16

17    For the Defendants:         NOVACK AND MACEY, LLP
                                  BY:  MR. JOHN F. SHONKWILER
18                                100 N. Riverside Plaza, Suite 1500
                                  Chicago, Illinois  60606
19

20    Court Reporter:            MR. JOSEPH RICKHOFF
                                  Official Court Reporter
21                                219 S. Dearborn St., Suite 1232
                                  Chicago, Illinois  60604
22                                (312) 435-5562

23              *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

24                        PROCEEDINGS RECORDED BY
                          MECHANICAL STENOGRAPHY
25                     TRANSCRIPT PRODUCED BY COMPUTER

```
 1            THE CLERK:  09 C 64455, Goldberg vs. 401 North Wabash
 2  Venture.
 3            THE COURT:  Good morning.
 4            MR. S. KULWIN:  Good morning, your Honor, Shelly
 5  Kulwin and Jeff Kulwin on behalf of the plaintiff.
 6            MR. SHONKWILER:  Good morning, your Honor, John
 7  Shonkwiler for the defendants.
 8            Steve Novack apologizes for being absent.  He is on a
 9  long-scheduled spring break trip with his grandkids and his
10  kids out in Colorado.
11            THE COURT:  Good morning.
12            You are here for status.
13            I did receive your motions in limine and final
14  pretrial order.  Your firm trial date is May 13th.
15            Have I given you a final pretrial conference date
16  yet?
17            MR. S. KULWIN:  No, Judge.
18            THE COURT:  Okay.  Let us do that today.
19            MR. S. KULWIN:  May I turn on my phone for a second
20  to look at my calendar?
21            THE COURT:  You may.
22            MR. S. KULWIN:  Thank you, Judge.
23            THE COURT:  And, then, I want to talk about a couple
24  of the motions in limine, which, I think, we can resolve this
25  morning.
```

1          (Brief pause.)

2          THE COURT:  How about May 1st at 1:00 o'clock?

3          MR. SHONKWILER:  That's fine with us, your Honor.

4          MR. S. KULWIN:  Judge, we have a hearing that day.

5     Is it possible we could do it the next day?

6          THE COURT:  How about May 2nd at 9:30?

7          MR. SHONKWILER:  That's fine with us, too.

8          THE COURT:  So, I will set your final pretrial

9     conference for May 2nd at 9:30.  All counsel trying the case

10    must be present.

11         A couple questions for you on the motions in limine.

12         And I am looking at plaintiff's omnibus motion in

13    limine.  So, I am really addressing these questions to

14    defendants.

15         Pretrial settlement matters.

16         I assume, Mr. Shonkwiler, that you do not intend to

17    go into any pretrial settlement matters.

18         MR. SHONKWILER:  Correct, your Honor.

19         THE COURT:  Okay.

20         I will grant Motion in Limine No. 1 of plaintiff's

21    without objection.

22         The same with Motion in Limine No. 3, plaintiff's fee

23    arrangement.

24         I assume you do not plan on going into this.

25         MR. SHONKWILER:  Correct.

4

1        THE COURT:  I will grant that, without objection.

2        Plaintiff's Motions in Limine No. 4 and 5, a negative

3  label from adverse judgment or adverse judgment will harm

4  defendants.

5        I assume you do not plan on arguing either of those.

6        MR. SHONKWILER:  Correct as to both.

7        THE COURT:  Okay.  I will grant both of those without

8  objection.

9        Motion in Limine No. 8, testimony about the hotel

10  industry and the economy now.

11        I am not sure what relevance this would have.

12        Did you intend to elicit testimony about the economy

13  and the impact of the economy on the hotel industry, really,

14  now?

15        MR. SHONKWILER:  Well, if now means today, I doubt

16  it.  This is one of the many that we're looking at now and

17  deciding -- we want to be very clear to what extent we agree

18  and disagree with these.  If there is an in between, we want

19  to make it clear so that it's easier for you.

20        THE COURT:  Absolutely.

21        I will let you respond to it, then, on the time frame

22  that I gave you.

23        MR. SHONKWILER:  Thank you.

24        THE COURT:  You do have an uphill battle on that one.

25        MR. SHONKWILER:  Okay.

1           THE COURT:  Plaintiff's No. 17, plaintiff's

2    securities claims.

3           I assume you do not plan on arguing anything that I

4    granted summary judgment for you as to those.

5           MR. SHONKWILER:  Not at all.  In fact, your Honor,

6    what happened there is we said we would -- it was our strong

7    belief that neither side should -- had any purpose -- proper

8    purpose -- to refer to any case -- or any claim in the case --

9    that's not being tried to the jury; and, that includes our

10   counterclaim, that was voluntarily dismissed --

11          THE COURT:  I agree.

12          MR. SHONKWILER:  -- without prejudice.

13          THE COURT:  I agree.

14          So, I will grant Plaintiff's No. 17 without

15   objection.  And the same reasoning applies to the counterclaim

16   that you filed to dismiss.

17          MR. S. KULWIN:  Can I make one pitch, even though

18   it's uphill -- very uphill?

19          Judge, on the issue of punitive damages, the fact

20   that they sued her and put her through that may be something

21   that she could testify to.  No?

22          THE COURT:  But there are still pending

23   counterclaims.

24          MR. J. KULWIN:  No.

25          MR. S. KULWIN:  No.

6

1          THE COURT:  All the counterclaims are gone?

2          MR. S. KULWIN:  They're all gone.

3          MR. SHONKWILER:  There were two counts, one under

4    each contract.  And as you probably recall, your Honor, they

5    were the mirror image of the plaintiff's claims.

6          And what they said was the failure to close, if it

7    was not by our fault, was a breach of the contract and entitle

8    us to keep the earnest money.  They were put in the case only

9    so that if the case was not resolved ultimately on the merits,

10   the escrow holder would have an order that would make it

11   easier for them to dispose of the money without an issue.

12         THE COURT:  I agree.  You cannot go into the

13   counterclaims and the fact that they were dismissed,

14   especially because your client is the one who filed the

15   lawsuit in the first instance.

16         No. 18, exclusion of witnesses at trial.  I will

17   grant Plaintiff's 18.  Obviously, the parties can be present.

18         And I think those are the only ones I can easily

19   address today.

20         MR. SHONKWILER:  Your Honor, we --

21         THE COURT:  I have given you the briefing schedule

22   for the remaining ones.

23         MR. SHONKWILER:  We had an agreed motion that we

24   didn't put in writing.  We have an e-mail exchange with

25   counsel, and maybe we can put that on the record now.  If we

 1   can, terrific.

 2        But one of our proposed motions, that plaintiffs

 3   agreed to, was that there wouldn't be any reference to the

 4   provision in Section 22 of the Condo Act that refers to 75

 5   percent approval of certain changes to the property report

 6   documents.  That was the subject of a claim that was dismissed

 7   early in the case on the grounds that there was no private

 8   right of action.

 9        MR. S. KULWIN:  Let me stop him here, Judge.  We

10   agree.

11        THE COURT:  Okay.

12        So, you have agreed that neither side will reference

13   a provision in Section 22 of the Condo Act that refers to 75

14   percent approval for certain changes.

15        Does that summarize it accurately?

16        MR. S. KULWIN:  I believe so, Judge.

17        THE COURT:  Okay.

18        MR. SHONKWILER:  Yes.

19        THE COURT:  So, by agreement, neither side may refer

20   to that.

21        MR. SHONKWILER:  And, then, one tiny matter.  Our

22   counterclaim -- our motion in limine -- to bar any mention to

23   the counterclaim also made the same motion on the same grounds

24   as to the fourth affirmative defense, which simply

25   incorporated the counterclaim.

1            MR. S. KULWIN:  We assumed that applied -- your

2    ruling just now applied -- to that, too.

3            MR. SHONKWILER:  Thanks.

4            THE COURT:  It does.  It does.

5            Okay.  You have your briefing schedules for

6    everything.  I do not think I am going to need a hearing on

7    the Daubert challenge, given that you have given me the

8    transcript and the report.  I do not think so.  If I do, I

9    will let you know as soon as I think so.  But I do not think,

10   given that I have that transcript --

11           MR. S. KULWIN:  And one last --

12           THE COURT:  -- that I'm going to need it.

13           MS. S. KULWIN:  -- point for you.

14           Because you brought it up at the Daubert hearing,

15   Judge, in terms of security -- because you mentioned that --

16   when the head of the company is going to be here to testify,

17   we anticipate it will be the first week of the trial.  We

18   can't pin it down yet.  But it depends how long it takes to

19   pick the jury and, then, when the trial actually starts.  But

20   in those first three, four days.

21           THE COURT:  Do you anticipate that he will stay here

22   for jury selection or any of the other --

23           MR. S. KULWIN:  I don't know.  That, you'd have to

24   ask Mr. Shonkwiler.  I don't even know if he's going to be

25   here for jury selection.  I'm just saying, you wanted to know

1    when is he going to be here.

2              THE COURT:  Right.

3              MR. S. KULWIN:  I'm telling you we are calling him

4    during the first week.  I'll leave it to them as to how long

5    he's going to be here for.

6              MR. SHONKWILER:  We do not anticipate that he will be

7    here for the jury selection.

8              THE COURT:  Okay.

9              Do you think he will be here for more than just his

10   testimony?

11             MR. SHONKWILER:  No.

12             THE COURT:  Okay.

13             I know when he was expected to testify in another

14   trial before this Court -- which he did not -- his security

15   detail had gotten in touch with the marshals.  So, I am just

16   putting you on notice if that is something that is going to

17   happen, you need to let me know sooner rather than later so I

18   can get a point person for you.

19             MR. SHONKWILER:  Thank you.

20             MR. S. KULWIN:  And one -- just slipped my mind.  I'm

21   getting old.  Sorry, Judge.  I will remember as we're walking

22   out.  If I remember, I'll write you or something.

23             THE COURT:  Do not do that.

24             (Laughter.)

25             MR. S. KULWIN:  Okay.

10

 1              I didn't really mean that.

 2              (Laughter.)

 3              THE COURT:  You have your dates for responses,

 4   replies.  I will start ruling on the pending motions as soon

 5   as I can so you know what is in and what is out at trial.

 6              I will see you on May 2nd at 9:30 for the final

 7   pretrial conference.

 8              Is there anything else?

 9              MR. SHONKWILER:  Do you want replies, your Honor, on

10   the limine motions?

11              THE COURT:  I did not give you a schedule.  If I

12   think I need them, I will ask for them.

13              MR. SHONKWILER:  That's fine.

14              THE COURT:  But it will be on a very short briefing

15   schedule.  I often do not need them.  But if I think I do, I

16   will let you know.

17              MR. SHONKWILER:  Thank you.

18              MR. S. KULWIN:  Thanks, Judge.  Have a nice day.

19              THE COURT:  Thank you.  You, too.

20                      *    *    *    *    *

21

22   I certify that the foregoing is a correct transcript from the
     record of proceedings in the above-entitled matter.
23

24
     /s/ Joseph Rickhoff                    October 16, 2013
25   Official Court Reporter